UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT PHILLIP LEWIS,<br><br>                        Plaintiff,<br><br>      -against-<br><br>WILLIAMSON COUNTY, TEXAS, et al.,<br><br>                       Defendants. | 24cv3092 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the November 3, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   November 3, 2025
            New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge